# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America | CRIMINAL COMPLAINT |
| | CASE: 18-39105M |
| vs. | Citizenship: EL SALVADOR |
| Noe Federico Mejia-Sanchez | |

I state that I am a Border Patrol Agent and that this complaint is based on the following facts:
COUNT 1: On or about December 19, 2018, at or near Nogales, Arizona, in the District of Arizona, Noe Federico MEJIA-Sanchez, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Alexandria, La on 11/23/2017, and not having obtained the express consent of the Attorney General or the Secretary of DHS to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326. COUNT 2: On or about December 16, 2018, at or near Nogales, Arizona, in the District of Arizona, Noe Federico MEJIA-Sanchez, an alien, did unlawfully enter the United States of America from Mexico, at a time and place other than as designated by immigration officials of the United States of America, in violation of Title 8, United States Code, Section 1325 (a) (1), a petty misdemeanor.

Noe Federico MEJIA-Sanchez is a citizen of El Salvador. On 11/23/2017, Noe Federico MEJIA-Sanchez was lawfully denied admission, excluded, deported, and removed from the United States through Alexandria, La. On December 19, 2018, agents found Noe Federico MEJIA-Sanchez in the United States at or near Nogales, Arizona. Noe Federico MEJIA-Sanchez did not obtain the express consent of the Attorney General or the Secretary of DHS to re-apply for admission to the United States. On or about December 19, 2018, agents found Noe Federico MEJIA-Sanchez in the United States of America at or near Nogales, Arizona without the proper immigration documents. Furthermore, Noe Federico MEJIA-Sanchez admitted to illegally entering the United States of America from Mexico on or about December 16, 2018, at or near Nogales, Arizona at a time and place other than designated by immigration officials.

File Date: 12/21/2018

at Tucson, Arizona

Andrew Carpenter, Border Patrol Agent

Sworn to before me and subscribed in my presence,

Date signed: 12/21/2018

**Bruce G. Macdonald**
**Magistrate Judge**

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA, TUCSON DIVISION

United States of America                                         CASE: 18-39105M

vs.

Noe Federico Mejia-Sanchez

**JUDGMENT IN A CRIMINAL CASE (For A Petty Offense)**

The Defendant, Noe Federico Mejia-Sanchez, was represented by counsel, Gregory Solares for Jessica Ruiz (CJA).

The defendant pled guilty to Ct(s) 2 of the Complaint on 12/21/2018. Accordingly, Ct(s) 1 of the Complaint is dismissed and the defendant is adjudged guilty of the following offense(s):

| **Title & Section** | **Nature of Offense** | **Date of Offense** |
|---|---|---|
| 8 U.S.C. 1325(a)(1) | Illegal Entry | 12/16/2018 |

As pronounced on 12/21/2018, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of THIRTY (30) DAYS WITH CREDIT FOR TIME SERVED. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The special assessment imposed pursuant to 18 U.S.C. § 3013 is hereby remitted pursuant to 18 U.S.C. § 3573 because reasonable efforts to collect this assessment are not likely to be effective.

The fine is waived because of the defendant's inability to pay.

Signed on Friday, December 21, 2018.

Bruce G. Macdonald
Magistrate Judge

Arresting Agency: TCA

| | |
|---|---|
| **UNITED STATES DISTRICT COURT** <br> **DISTRICT OF ARIZONA - TUCSON** | **JUDGE'S MINUTES** |

Date: 12/21/2018          Case Number: 18-39105M

USA vs. **Noe Federico Mejia-Sanchez**
Magistrate Judge: BRUCE G. MACDONALD     Judge AO Code: 70BY
ASSIGNED U.S. Attorney: Christopher Lewis
INTERPRETER REQ'D: Ignacio Barrientos, Spanish
Attorney for Defendant: Gregory Solares for Jessica Ruiz (CJA)

PROCEEDINGS: [X] INITIAL APPEARANCE/CHANGE OF PLEA/SENTENCE
DEFENDANT: [X] PRESENT [X] CUSTODY

[X] Defendant states true name to be **Same**
[X] Petty Offense     [X] Date of Arrest: **12/19/2018**
[X] Arr/Plea of Guilty entered as to Ct(s) 2 OF THE COMPLAINT [X] Ct(s) 1 OF THE COMPLAINT to be dismissed upon entry of judgment.
[X] Court accepts defendant's plea and finds plea to be freely and voluntarily given.
[X] Defendant waives preparation of the presentence report.

SENTENCING: Defendant committed to [X] Bureau of Prisons for a period of
**THIRTY (30) DAYS WITH CREDIT FOR TIME SERVED**

[X] Imposition of Special Assessment is waived by the USA.
[X] Pursuant to the plea agreement, there being no objection by the deft/atty for the defendant IT IS ORDERED that the Complaint/Ct(s) 1 be dismissed.
[X] Defendant advised of appeal rights.
[X] Waiver of right to appeal explained.

OTHER:     Jessica Ruiz (CJA) is appointed as attorney of record for defendant.


Recorded by Courtsmart     COP: 1
BY: Beth Harper             Sent: 0
      Deputy Clerk           IA: 0
        Start: 1:35 PM Stop: 3:30 PM